UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**PATTON D'ANJOU**                                                                                    **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO.** _5:20-cv-99-KS-MTP_

**ALCORN STATE UNIVERSITY,**
**MISSISSIPPI INSTITUTIONS OF HIGHER LEARNING,**
**ALCORN STATE UNIVERSITY POLICE DEPARTMENT,**
**and JOHN DOES 1-10**                                                                          **DEFENDANTS**

<u>**JURY TRIAL DEMANDED**</u>

<u>**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**</u>

COMES NOW the Plaintiff, Patton D'Anjou, (hereinafter "Plaintiff") by and through counsel, and files this *Complaint for Injunctive Relief and Damages* against Defendants Mississippi Institutions of Higher Learning, Alcorn State University, Alcorn State University Campus Police and John Does 1-10 (hereinafter "Defendants") and in support would show unto the Court the following, to wit:

**PARTIES**

1.      Plaintiff, Patton D'Anjou is an adult citizen of Mississippi who resides at 5185 Hwy 552, Lorman, Mississippi 39096.

2.      Mississippi Institutions of Higher Learning (IHL) is a department of the State of Mississippi which may be served with process of the Court through service upon Lynn Finch, Attorney General of Mississippi, 550 High Street, Suite 1200, Jackson, Mississippi 39201.

3.     Alcorn State University (ASU) is an institution of the State of Mississippi which may be served with process of the Court through service upon Lynn Finch, Attorney General of Mississippi, 550 High Street, Suite 1200, Jackson, Mississippi 39201.

4.     Alcorn State University Police Department (ASPD) is a fully commissioned police department within the University which may be served with process of the Court through service upon Lynn Finch, Attorney General of Mississippi, 550 High Street, Suite 1200, Jackson, Mississippi 39201.

**JURISDICTION AND VENUE**

5.     This Court has subject matter jurisdiction under 42 U.S.C. § 1983.  The cause of action in this case is based upon 42 U.S.C. §1983.  Plaintiff's other claims are so related to the claims within the court's original jurisdiction that they form part of the same case or controversy under Article 3 of the U.S. Constitution and the Court may exercise supplemental jurisdiction over state law claims under 28 U.S.C. § 1367.  All claims arise from Plaintiff's contact and interactions with Defendants.

6.     Venue is proper in this district pursuant to 28 U.S.C. §1391(b) because a substantial part of the events giving rise to this action occurred within this district and the parties who are the subject of this action resides in this district.  The unlawful actions took place at Alcorn State University located in Lorman, Claiborne County, Mississippi.

7.     Plaintiff is a lifelong resident of the area, a past student, and local businessman who had a business relationship with residents and employees of ASU until July 5, 2019 when he was denied access to the University without any prior notice.

8.  Plaintiff believes this relates back to an incident which occurred on April 6, 2019. Plaintiff entered the grounds of Alcorn State University. His purpose was to attend a baseball game scheduled for that day.

9.  While on ASU grounds he attempted to purchase gasoline from the campus gas station but realized that he did not have his wallet. Plaintiff, who literally lives just outside the back gate of the university, attempted to exit the campus at which point he was stopped by the campus greeter and informed that "Greg" was looking for him.

10. Later when he returned, he was stopped by campus police after entering the campus again for the purpose of attending the baseball game.

11. Plaintiff was asked to exit his vehicle, he was placed in handcuffs and physically restrained.

12. Plaintiff was taken to a waiting patrol car and maced several times while in handcuffs and unable to defend himself. Plaintiff repeatedly requested that the mace be washed from his face to no avail.

13. He was eventually placed in the patrol car and transported to the Claiborne County jail where he remained until Monday, April 8, 2019 before being released on bail.

14. After his release, all charges were dropped by the ASUPD.

15. On July 5, 2019, Plaintiff was informed as he attempted to enter the campus that he had been banned from the campus. Plaintiff to date has not received any documentation regarding why he is banned, nor has he been notified of any proceeding in which this decision was reached clearly infringing on any due process rights held by Plaintiff.

16. Since July 5, 2019, Plaintiff has been continually subjected to harassment, false arrest, false imprisonment, and malicious prosecution in violation of Plaintiff's constitutional rights.

**LIABILITY**

17.     At all times, the actions which give rise to this claim occurred on the grounds of Alcorn State University by individuals who are employed by Alcorn State University who acted outside of the scope of their employment, acted negligently, and/or acted without color of law.

**DAMAGES**

18.     As a result of Defendants unlawful conduct, Plaintiff has suffered monetary, general, and punitive damages.

## REQUEST FOR RELIEF

Plaintiff requests damages in an amount to be determined by a jury, injunctive relief to prevent further harassment by ASUPD and ASU, access to campus for public events, and access for business purposes.

Respectfully submitted, this the 6th day of April 2020.

> Respectfully Submitted,
> PATTON D'ANJOU, by his Attorney,
>
> BY: */s/Louwlynn Vanzetta Williams*
> Louwlynn V. Williams (MSB# 99712)

L.V. WILLIAMS LAW, PLLC
P.O. Box 9165
Jackson, MS 39286-9165
Phone: 769.572.7152
Fax:    601.510.9330
lvwilliamslaw@gmail.com
Attorney for Plaintiff